**Order filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00019-CR**
**NO. 14-13-00020-CR**
_____

**CHARLES DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1339915 & 1339916**

---

## ORDER

On December 19, 2012, appellant, Charles Davis, filed notices of appeal from the judgments of conviction in these cases. Companion cases are currently pending in the Court of Appeals for the First District of Texas under case numbers 01-12-01138-CR, 01-12-01139-CR, 01-12-01140-CR, & 02-12-01141-CR, styled *Jerome Goody v. State of Texas,* and 01-12-01144-CR, 01-12-01145-CR, & 01-12-01146-CR, styled *Jay Scott Garrison v. State of Texas.* In addition, another

companion case filed under our number 14-12-01129-CR, styled *Feona Mason v. State of Texas,* is ordered transferred to the Court of Appeals for the First District of Texas by separate order filed this date.

It is ORDERED that the appeals docketed under this court's appellate case numbers 14-13-00019-CR and 14-13-00020-CR are transferred to the Court of Appeals for the First District of Texas pursuant to Texas Government Code section 22.202(h), governing assignment of companion cases to the same court of appeals. The Clerk of this Court is directed to transfer all papers filed in the cases, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM